IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:10-cr-04053-FJG-1 |
| | ) | |
| Jimmy Duane Davis, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #69 filed on July 24, 2012), to which no objection has been filed, the plea of guilty to Count 1 of the Superseding Indictment which was filed on January 13, 2011, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                   ***/s/ Fernando J. Gaitan, Jr.***
                                                          Fernando J. Gaitan, Jr.
                                            Chief United States District Judge

Dated: August 13, 2012
Kansas City, Missouri